Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001159
29-JAN-2015
09:53 AM

NO. CAAP-14-0001159

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CLAY RICHARD STUNZ, Plaintiff-Appellee, v.
AMBER BLUE STUNZ, nka AMBER BLUE III, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 11-1-7525)

ORDER APPROVING THE JANUARY 16, 2015
STIPULATION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss

Appeal, filed January 16, 2015, by Defendant-Appellant Amber Blue

Stunz (Appellant), the papers in support, and the record, it

appears that (1) the stipulation is dated and signed by counsel

for all parties; (2) the parties seek to dismiss the appeal

pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); and

(3) the parties agree that Appellant "shall pay for all Record on

Appeal related costs (i.e. transcript preparation)," otherwise,

the parties shall pay their own attorney's fees and costs on

appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. Appellant shall pay for all "Record on Appeal related costs (i.e. transcript preparation)," otherwise, the parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, January 29, 2015.

Presiding Judge

Associate Judge

Associate Judge